JS-6

Stephen R. Lueke, Bar No. 115906
David L. Cheng, Bar No. 240926
Elizabeth M. Levy, Bar No. 268926
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:  (213) 237-2400
Facsimile:  (213) 237-2401
E-mail:     slueke@fordharrison.com
            dcheng@fordharrison.com
            elevy@fordharrison.com

Kenneth M. Bello, *pro hac vice*
Alexandra D. Thaler, Bar No. 246220
BELLO BLACK & WELSH LLP
125 Summer Street, Suite 1200
Boston, MA  02110
Telephone:  (617) 247-4100
Facsimile:  (617) 247-4125
E-mail:     kbello@belloblack.com
            adthaler@belloblack.com

Attorneys for Defendants
CRA INTERNATIONAL, INC. and BRIAN PALMER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| JOHN HIRSHLEIFER, an individual, | Case No. CV 13-06242-GW (VBKx) |
| Plaintiff, | |
| v. | **ORDER**<br>**OF DISMISSAL WITH PREJUDICE** |
| CRA INTERNATIONAL, INC., a Delaware Corporation, Brian Palmer and DOES 1 through 20 inclusive, | |
| | Complaint Filed:  July 23, 2013<br>Date of Removal:  August 26, 2013<br>Trial Date:  None Set |
| Defendants. | |
| CRA International, Inc., a Massachusetts Corporation, | |
| Counter-Plaintiff, | |

-2-

v.

John Hirshleifer, an individual,

        Counter-Defendant.

///

///

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety, with all rights of appeal waived, and with each party bearing its own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated: September 17, 2013

                                HON. GEORGE H. WU
                                U.S. DISTRICT JUDGE

C:\Documents and Settings\mkadric\Desktop\#151229 v1 - CRA - Hirshleifer - Stipulation and Order of Dismissal with Prejudice.doc

-2-